Roger Lee DEAL, Sr., Petitioner—
Appellant,

v.

Michael BELL, Respondent—Appellee.

Roger Lee Deal, Sr., Petitioner—
Appellant,

v.

Michael Bell, Respondent—Appellee.

Nos. 08–8606, 09–6070.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 21, 2009.

Decided: May 27, 2009.

Roger Lee Deal, Sr., Appellant Pro Se.

Before MOTZ, TRAXLER, and AGEE,
Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Roger Lee Deal, Sr., seeks to appeal the
district court's order dismissing as successive his 28 U.S.C. § 2254 (2006) petition
and the court's subsequent order denying
his request for a certificate of appealability. The orders are not appealable unless a
circuit justice or judge issues a certificate
of appealability. *See* 28 U.S.C.
§ 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006).
A prisoner satisfies this standard by demonstrating that reasonable jurists would
find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive
procedural ruling by the district court is
likewise debatable. *See Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029,
154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146
L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d
676, 683–84 (4th Cir.2001). We have independently reviewed the record and conclude that Deal has not made the requisite
showing. Accordingly, we deny a certificate of appealability and dismiss the appeals. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials before the court and argument would not aid
the decisional process.

*DISMISSED.*